IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

COMMUNITY MEDICAL CENTER,
as Assignee of Kevin Smith,

    Plaintiff,

    v.

ERIN GROUP ADMINISTRATORS,
INC., ET AL.,

    Defendants.

CIVIL ACTION NO. 3:CV-08-1614

(JUDGE CAPUTO)

## ORDER

**NOW,** this  10th  day of February, 2009, counsel having reported to the Court that the above case has been settled, **IT IS HEREBY ORDERED** that this case is dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reinstate the action within sixty (60) days of the date of this Order if settlement is not consummated.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge